McDOWELL v. FRATERNAL UNION OF AMERICA. (Circuit Court of Appeals, Fifth Circuit. October 7, 1902.) No. 1,124. In Error to the Circuit Court of the United States for the Northern District of Georgia. Grigsby E. Thomas, Jr., and B. H. Hill, for plaintiff in error. Shepard Bryan, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed. See Bigelow v. Insurance Co., 93 U. S. 284, 23 L. Ed. 918.

---

MADDOX v. CORNELL et al. (Circuit Court of Appeals, Fifth Circuit. October 21, 1902.) No. 1,158. Appeal from the District Court of the United States for the Northern District of Georgia. P. H. Brewster, Arthur Heyman, and R. T. Dorsey, for appellant. John M. Slaton, Benj. Z. Phillips, and J. D. Kilpatrick, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As the record shows that the appellant, H. E. Maddox, denies that he is, or was at the time bankruptcy proceedings were instituted, a partner in the firm of W. E. Small & Co., and as said H. E. Maddox was not adjudicated a bankrupt, and the judgment adjudicating W. E. Small & Co. and W. E. Small and J. S. Jones individually, was made without prejudice in any way whatever to the rights of H. E. Maddox to be heard hereafter upon any question involving his responsibilities as an alleged member of the firm of W. E. Small & Co., the said H. E. Maddox has no appealable interest therein, and this appeal is dismissed.

---

MADDOX v. CORNELL et al. (Circuit Court of Appeals, Fifth Circuit. October 21, 1902.) No. 1,159. Petition to Review Proceedings in the District Court of the United States for the Northern District of Georgia. P. H. Brewster, Arthur Heyman, and R. T. Dorsey, for petitioner. Jno. M. Slaton, Benj. Z. Phillips, and J. D. Kilpatrick, for respondents. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The petition to review is denied.

---

OTTO v. GRAEFF. (Circuit Court of Appeals, Third Circuit. September 6, 1902.) No. 44. Appeal from the District Court of the United States for the District of New Jersey. No opinion. Cause docketed and dismissed by appellee, under rule 16 (31 C. C. A. clix, 90 Fed. clix).

---

PEARCE et al. v. OLD COLONY STEAMBOAT CO. (Circuit Court of Appeals, First Circuit. April 24, 1900.) On Rehearing.

PER CURIAM. Judgment vacated, decree reversed, and case remanded to the district court. See 38 C. C. A. 668, 670, 98 Fed. 131, 133.

---

RUCKER v. COCO-COLA CO. (Circuit Court of Appeals, Fifth Circuit. October 21, 1902.) No. 1,161. In Error to the Circuit Court of the United States for the Northern District of Georgia. E. A. Angier and Geo. L. Bell, for plaintiff in error. Reuben R. Arnold, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed.